IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:14mc3663-MHT |
| | ) | (WO) |
| LESTER WARD, | ) | |
| | ) | |
|     Defendant, | ) | |
| | ) | |
| FIVE STAR CREDIT UNION, | ) | |
| | ) | |
|     Garnishee. | ) | |

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to lift stay and for issuance of disposition order (doc. no. 8) is granted.

(2) The stay previously entered (doc. no. 7) is dissolved.

(3) Judgment is entered in favor of plaintiff United States of America and against garnishee Five Star Credit Union.

(4) Garnishee Five Star Credit Union shall pay into the registry of the United States District Court for the Middle District of Alabama the sum of $11,175.00, which are the funds currently held by garnishee Five Star Credit for defendant Lester Ward.

DONE, this the 19th day of December, 2014.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE